UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Ruben Barriga Villalobos,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security, in his official capacity; Ur Mendoza Jaddou, Director of U.S. Citizenship and Immigration Services, in her official capacity; Terri Robinson, Director of the National Benefits Center and U.S. Citizenship and Immigration Services, in her official capacity,<br><br>　　　　Respondents. | Case No: 8:22-cv-00977-CJC-KES<br><br>ORDER<br><br>[RESPONSE TO ORDER TO SHOW CAUSE] |

WHEREAS service of the U.S. officers or employees sued in their official capacity for their failure to adjudicate the Form I-130 Petition was properly made, the Court will grant Plaintiff's request as provided in the Response to the Order to Show Cause, and allow Plaintiff the opportunity to cure the deficiency.

WHEREAS, on September 8, 2022, Plaintiff properly notified the U.S. Attorney General of the filing of the Complaint as required under Federal Rule of Civil Procedure 4(i), and obtained a summons from the Court for service as required by Federal Rule of Civil Procedure 4(i), the Court will grant Plaintiff's request as provided in the Response to the Order to Show Cause to allow Plaintiff to cure the deficiency.

Dated: September 14, 2022

_____
Hon. Cormac J. Carney
United States District Court Judge